NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEVERLY ANN WILLIAMSON,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY MICHALS, M.D.,<br><br>Defendant. | Civil Action No. 12-4548 (JLL)<br><br>**ORDER** |

**LINARES, District Judge.**

This matter comes before the Court by way of Defendant Timothy Michals, M.D.'s motion to dismiss Plaintiff's Third Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [Docket Entry No. 25]. For the reasons set forth by the Court in its corresponding Opinion dated June 7, 2013,

**IT IS on this 7th day of June, 2013,**

**ORDERED** that Defendant's motion to dismiss [Docket Entry No. 25] is **granted**. Counts One through Seven of Plaintiff's Third Amended Complaint are dismissed *without* prejudice. Plaintiff may file a Fourth Amended Complaint which cures the pleading deficiencies addressed by the Court on or before July 1, 2013. Plaintiff's failure to do so will result in dismissal of all claims asserted in the Third Amended Complaint *with* prejudice.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge

1