<u>**NOT FOR PUBLICATION**</u>                                                                                          **CLOSED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BEVERLY ANN WILLIAMSON,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY MICHALS, M.D.,<br><br>Defendant. | Civil Action No. 12-4548 (JLL)<br><br>**ORDER** |

**LINARES, District Judge.**

This matter comes before the Court by way of Defendant Timothy Michals, M.D.'s motion to dismiss Plaintiff's Fourth Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [Docket Entry No. 44]. Based on the reasons set forth in the Court's corresponding Opinion dated August 23, 2013,

**IT IS** on this **23rd day of August, 2013,**

**ORDERED** that Defendant's motion to dismiss is **granted.** Plaintiff's Fourth Amended Complaint is dismissed in its entirety. Counts One and Two of Plaintiff's Fourth Amended Complaint are dismissed *with* prejudice. Count Three is dismissed *without* prejudice; and it is further

**ORDERED** that this case is hereby **CLOSED**.

<u>s/ Jose L. Linares</u><br>
Jose L. Linares<br>
United States District Judge